UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 10-4753 DSF (PJWx) | Date | 10/12/12 |
|---|---|---|---|
| Title | Nadine Hernandez, et al. v. HSBC Bank USA, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Failure to Prosecute

On August 20, 2012, plaintiff's counsel failed to appear for a scheduling conference/status conference. The Court was advised telephonically and by appearing defense counsel that the matter had tentatively settled. The Court then took the conference off calendar pending the settlement. Plaintiff has taken no further action to prosecute this matter. The Court therefore orders plaintiff's counsel to show cause in writing no later than October 25 why this matter should not be dismissed for lack of prosecution. A hearing on the OSC will be held on October 29 at 11:00 a.m. If counsel shows cause why the matter should not be dismissed, the Court will hold a scheduling conference at that time.

IT IS SO ORDERED.